```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Howard Dennis Kelly

                      v.

                                      Case No. 1:13-fp-107

Strafford County Department of Corrections,
Superintendent, et al

**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

    The attachments to doc. no. [1] the Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the attachments. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the attachments to doc. no. [1] the Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    SO ORDERED.

                                              /S/ Landya B. McCafferty
                                              Landya B. McCafferty
                                              United States Magistrate Judge

Date: March 11, 2013

cc: Howard Dennis Kelly, pro se