UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Howard Dennis Kelly

      v.                        Civil No. 13-cv-107-PB

Strafford County Department
of Corrections Superintendent, et al.

## ORDER GRANTING MOTION TO PROCEED
### *IN FORMA PAUPERIS*

The plaintiff, an inmate at FCI Victorville 2 ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution.  The certificate evidences that over the last six months, the plaintiff's average deposits have been $0.06 and the plaintiff's average monthly balance has been $0.06.  Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED.  While 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance is $0.06 there shall be no initial filing fee assessed.  Going forward, however, the plaintiff shall be responsible for monthly payments of 20% of each preceding month's income credited to his account, which shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  28 U.S.C. § 1915(b)(2).

The monthly payments as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order.  A copy of this Order, along with a copy of the signed

Prisoner Consent Form (doc. no. 7), shall be forwarded by the Court to the Institutions inmate account department.

  SO ORDERED.

              _____
              Landya B. McCafferty
              United States Magistrate Judge

Dated: May 6, 2013

cc: Howard Dennis Kelly, pro se
   FCI Victorville 2 Inmate Accounts