UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Howard Dennis Kelly

      v.                                  Case No. 13-cv-107-PB

Warren Dowaliby, et al

O R D E R

I hereby recuse myself from presiding over this case.

SO ORDERED.

                                              /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

Date: June 27, 2013

cc:  Counsel of Record