UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Howard D. Kelly

   v.                                          Civil No. 13-cv-107-SM

Warren Dowaliby et al.

**O R D E R**

The docket does not show that the court served plaintiff with a copy of the report and recommendation and order issued June 3, 2013 (doc. nos. 9 and 10). The court directs the clerk's office to serve those documents on Kelly. The court extends the time in which Kelly may file an objection to the report and recommendation, pursuant to Fed. R. Civ. P. 72(b)(2). Kelly must file such an objection within fourteen days after service of the report and recommendation, mailed to him pursuant to this order.

    **SO ORDERED.**

                                       _____
                                       Landya McCafferty
                                       United States Magistrate Judge

June 27, 2013

cc:  Howard D. Kelly, pro se
     Corey M. Belobrow, Esq.

LBM:nmd